*E-Filed 6/2/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TYRONE YOUNGS, | No. C 14-1021 RS (PR) |
|     Plaintiff, | **ORDER OF DISMISSAL** |
|     v. | |
| DEL NORTE COUNTY SUPERIOR COURT, et al., | |
|     Defendants. | |

Plaintiff has failed to comply with the Court's order to (1) perfect his application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $350.00. The IFP application lacks a Certificate of Funds signed by an authorized prison officer. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain (1) a prison trust account statement showing transactions for the last six months **and** (2) a Certificate of Funds signed by an authorized prison officer, **or** (3) full payment for the filing fee of $350.00. His IFP application (Docket No. 5) is DENIED without prejudice. The Clerk shall enter judgment in favor of defendants, terminate Docket No. 5, and close the file.

**IT IS SO ORDERED**.

DATED: June 2, 2014

                                                        RICHARD SEEBORG
                                                      United States District Judge